UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 16735
   JAMES M RUTTENBERG
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-7964
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/18/06 and confirmed on 04/16/07.

2. The case was converted to Chapter 7 after confirmation, 02/20/2008.

3. The Debtor paid a total of $  9990.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREEN TREE | CURRENT MORTG | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 45445.04 | .00 | 8127.85 |
| ILLINOIS DEPT REVENUE | PRIORITY | 892.15 | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 125.91 | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 676.23 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 114.35 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1146.74 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2943.49 | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RMI/MCSI | UNSECURED | 100.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1414.83 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 159.10 | .00 | .00 |

Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
---

```
TOTAL CLMS ALLOWED       45445.04         2306.98         5265.82              .00        53017.84
PRINCIPAL PAID            8127.85             .00             .00              .00         8127.85
INTEREST PAID                 .00             .00             .00              .00             .00
TOTAL PAID                8127.85             .00             .00              .00         8127.85
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $   1000.00   direct and $   1500.00   through the plan.

The Trustee received $    362.15 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                    PAGE   2
             CASE NO. 06 B 16735 JAMES M RUTTENBERG